UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>IN SOOK STERLING<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10132-scc |
| STRATEGIC FUNDING SOURCE, INC.<br><br>         Plaintiff,<br>    v.<br><br>IN SOOK STERLING,<br><br>MTK 38 INC.,<br><br>       and<br><br>JAY ENTERTAINMENT CORP.<br><br>         Defendants. | Adversary Pro. No.   19-01111-scc |

**NOTICE OF MOTION OF JAY ENTERTAINMENT CORP. TO DISMISS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.      On April 15, 2019, Jay Entertainment, filed a motion (the "**Motion**") for the following relief: dismissal for lack of subject matter jurisdiction pursuant to 28 U.S.C. §§ 1334 or 157 or under the permissive abstention provisions of 28 U.S.C. § 1334(c)(1); dismissal pursuant to FRCP 12 (b)(6).

2.      A hearing to consider the relief sought in the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy

Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408, on **May 23, 2019 at 10:00 A.M.**

3.   Responses to the Motion must be made in writing, with a hard copy delivered to the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; conform to the Federal Rules, the Bankruptcy Rules and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York; be filed with the Bankruptcy Court; and be served in accordance with any Order of this Court on Archer & Greiner, P.C., counsel to the Defendant, Jay Entertainment, 630 Third Avenue, New York, New York 10017 (Attn: Michael S. Horn) on or before **May 16, 2019** on **4:00 P.M.** (the "**Response Deadline**").

4.   If a response is not timely filed and served, the Bankruptcy Court may approve the Motion and enter an Order on the Hearing Date.  Responding parties are required to attend on the Hearing Date and failure to appear may result in relief being granted or denied upon default.

Dated:  New York, New York  
       May 8, 2019

ARCHER & GREINER, P.C.

By: /s/ Michael S. Horn  
    Michael S. Horn  
630 Third Avenue  
New York, New York 10017  
Tel: (201) 498-8529  
Email: mhorn@archerlaw.com

216397310v1