**KOPELMAN & KOPELMAN LLP**
*A PARTNERSHIP FOR THE PRACTICE OF LAW*
90 MAIN STREET, SUITE 205
HACKENSACK, NEW JERSEY 07601-7001
TELEPHONE (201) 489-5500
TELECOPIER (201) 489-7755
E-MAIL kopelaw@kopelmannj.com

**MICHAEL S. KOPELMAN**
   MEMBER NJ AND NY BARS
**CAROL WEINFLASH KOPELMAN**
   MEMBER NJ BAR

NEW YORK OFFICE
ONE PENN PLAZA, SUITE 2414
NEW YORK, NEW YORK 10119
(212) 629-0733

May 10, 2019

***VIA ECF ONLY***
Greg White, Courtroom Deputy
Hon. Shelley C. Chapman Chambers
United States Bankruptcy Court
Southern District of New York
Courtroom 623
One Bowling Green
New York, NY 10004-1408

Re: In Sook Sterling, Chapter 7 Case No.: 18-33458 JKS
    **Strategic Funding Source, Inc. v. In Sook Sterling, et als.**
    **Adv. Proc. No.: 19-01111-scc**

Dear Mr. White:

    This is to confirm that the pre-trial conference scheduled in the above matter for 5/23/19 at 10:00 a.m. is now adjourned to Wednesday, 6/19/2019 at 10:00 a.m.

    Thank you.

Very truly yours,

KOPELMAN & KOPELMAN LLP

*/s/ Michael S. Kopelman*

Michael S. Kopelman
MSK/es


cc: via e-mail: Charles Rubio, Esq.; Michael S. Horn, Esq.