**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Strategic Funding Source, Inc. v. Sterling et al        CASE NO.: 19–01111–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 0

---

# NOTICE OF ADJOURNMENT OF HEARING

Please take notice that the hearing scheduled for May 23, 2019 on the Motion to Dismiss Adversary Proceeding filed by Gerard DiConza on behalf of Jay Entertainment Corp. has been adjourned.
The new hearing date is June 19, 2019 at 10:00 a.m.

Thank you


Dated: May 10, 2019                                Vito Genna
                                                   Clerk of the Court