

Michael S. Horn
*Member of New Jersey and New York Bar*
mhorn@archerlaw.com
201-498-8529 (Ext. 7529) Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017
212-682-4940 Main
www.archerlaw.com

June 7, 2019

**EMAIL AND REGULAR MAIL**

Charles Rubio, Esq.
Diamond McCarthy
909 Fannin Street, 37th Floor
Two Houston Center
Houston, Texas 77010

    Re:    MTK 38, Inc.
             UCC Financing Statement No, 785152

Dear Mr. Rubio:

    As you know, we represent Jay Entertainment Corporation. You have recently advised us of the existence of UCC Financing Statement No. 785152. My client was not a party to any loan that your client issued to MTK 38, Inc. and was unaware of the existence of this UCC Financing Statement. In fact, my client does not possess any property that is currently owned by MTK 38, Inc.

    Moreover, we believe that the UCC Financing Statement is not valid since it does not conform to the UCC. For instance, it does not specifically describe the goods that are subject to the UCC Financing Statement. Since the UCC Financing Statement is not valid, you must withdraw the filing or we will seek damages including, but not limited to, the civil penalties outlined in UCC Section 9-625.

    You are hereby required to take notice that pursuant to UCC Section 9-210 we hereby demand an accounting and/or description of the obligations secured and the amount outstanding associated with this lien filing. We also demand that you provide a copy of any document that form the basis for this UCC lien filing. For instance, the complaint in the bankruptcy adversarial proceeding refers to a document but that document is not annexed to our copy of the complaint. Any documents related to this alleged loan and any alleged security interest must be provided.

    In addition, we demand information on what efforts your client has made to enforce your alleged interest in any items at issue, upon learning that MTK 38, Inc. had left the space and/or upon learning of the bankruptcy proceeding related to MTK 38, Inc.

In accordance with UCC Section 9-210 you must respond within 14 days.

Sincerely,

MICHAEL S. HORN

MSH

216544317v1