| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| KOPELMAN & KOPELMAN LLP<br>90 Main Street, Suite 205<br>Hackensack, New Jersey 07601<br>Telephone: (201)489-5500<br>Fax: (201)489-7755<br>Michael S. Kopelman, Esq., (MK 6104)<br>*Attorney for Defendants* | Case No. 19-10132-SCC<br><br>Chapter 7<br><br>Judge: |
| In Re:<br><br>IN SOOK STERLING<br><br>                Debtor. | Adv. Proc. No.19-01111<br><br>Hearing Date: |
| STRATEGIC FUNDING SOURCE, INC.,<br><br>                Plaintiff,<br>v.<br><br>IN SOOK STERLING, MTK 38 INC. and<br>JAY ENTERTAINMENT CORP.<br><br>                Defendants. | |

**ANSWER TO CROSSCLAIM OF JAY ENTERTAINMENT CORP.**
**AND JURY DEMAND**

Defendant, In Sook Sterling, by way of answer to the Crossclaim of Jay

Entertainment Corp. ("JEC") states as follows:

**<u>ANSWER TO ALL CROSS-CLAIMS</u>**

Defendant denies having sufficient knowledge to form a belief as to the allegations

contained in the answer to all crossclaims and leave JEC to its proofs.

## CROSSCLAIMS AGAINST DEFENDANTS, IN SOOK STERLING AND MTK 38, INC.

### JURISDICTION

1. Defendant denies the allegations contained in ¶ 1 of the crossclaims.

### FACTS COMMON TO ALL COUNTS

2. Defendant admits the allegations contained in ¶ 2 of the crossclaims.

3. Defendant denies the allegations contained in ¶ 3 of the crossclaims.

4. Defendant denies having sufficient knowledge to form a belief as to the allegations contained in ¶ 4 of the crossclaims and leaves JEC to its proofs.

5. Defendant denies having sufficient knowledge to form a belief as to the allegations contained in ¶ 5 of the crossclaims and leaves JEC to its proofs.

6. Defendant denies having sufficient knowledge to form a belief as to the allegations contained in ¶ 6 of the crossclaims and leaves JEC to its proofs.

7. Defendant denies having sufficient knowledge to form a belief as to the allegations contained in ¶ 7 of the crossclaims and leaves JEC to its proofs.

8. Defendant denies the allegations contained in ¶ 8 of the crossclaims.

9. Defendant denies the allegations contained in ¶ 9 of the crossclaims.

### FIRST COUNT
(Common Law Defense and Indemnification)

10. Defendant repeats and incorporates her responses to paragraphs 1 through 9 above as if set forth at length herein.

11. Defendant denies having sufficient knowledge to form a belief as to the allegations contained in ¶ 11 of the crossclaims and leaves JEC to its proofs.

12. Defendant denies having sufficient knowledge to form a belief as to the allegations contained in ¶ 12 of the crossclaims and leaves JEC to its proofs.

## SECOND COUNT
### (Unjust Enrichment)

13. Defendant repeats and incorporates her responses to paragraphs 1 through 12 above as if set forth at length herein.

14. Defendant denies the allegations contained in ¶ 14 of the crossclaims.

15. Defendant denies having sufficient knowledge to form a belief as to the allegations contained in ¶ 15 of the crossclaims and leaves JEC to its proofs.

16. Defendant denies having sufficient knowledge to form a belief as to the allegations contained in ¶ 16 of the crossclaims and leaves JEC to its proofs.

17. Defendant denies the allegations contained in ¶ 17 of the crossclaims.

18. Defendant denies the allegations contained in ¶ 18 of the crossclaims.

## FIRST SEPARATE DEFENSE

The crossclaims of Jay Entertainment Corp. against In Sook Sterling fail to state a claim upon which relief can be granted.

## SECOND SEPARATE DEFENSE

The alleged crossclaims of Jay Entertainment Corp. against In Sook Sterling arose pre-petition. Jay Entertainment Corp. has failed to file an exception to discharge pursuant

to 11 U.S.C. § 523 or an objection to discharge pursuant to 11 U.S.C. § 727. Therefore, Jay Entertainment Corp's cross claims against In Sook Sterling are barred.

## JURY DEMAND

In Sook Sterling hereby demands trial by jury with respect to crossclaims of Jay Entertainment Corp.

WHEREFORE, Defendant In Sook Sterling demands judgment dismissing JEC's crossclaims.

KOPELMAN & KOPELMAN LLP
*Attorneys for In Sook Sterling*

/s/ Michael S. Kopelman
By: Michael S. Kopelman, Esq.

Dated: October 3, 2019