Hearing Date:  June 9, 2020 at 11:00 a.m. (ET)<br>
Objection Deadline: June 4, 2020 at 5:00 p.m. (ET)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

| | |
|---|---|
| IN SOOK STERLING | Chapter 7 |
| Debtors. | Case No. 19-10132-scc |
| _____/ | |
| STRATEGIC FUNDING SOURCE, INC., | |
| Plaintiff, | |
| v. | |
| IN SOOK STERLING, | Adversary Pro. No. 19-01111-scc |
| MTK 38 INC., | |
| JAY ENTERTAINMENT CORP., | |
| and | |
| JOHN DOE | |
| Defendants. | |
| _____/ | |

**NOTICE OF HEARING ON PLAINTIFF STRATEGIC FUNDING SOURCE INC.'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT
<u>AND TO JOIN ADDITIONAL PARTY</u>**

**PLEASE TAKE NOTICE** that on May 18, 2020, Strategic Funding Source, Inc. d/b/a Kapitus ("<u>Plaintiff</u>" or "<u>Kapitus</u>"), filed the *Motion for Leave to Amend Its Complaint and to Join Additional Party* (the "<u>Motion</u>").

1

**PLEASE TAKE FURTHER NOTICE** that on **June 9, 2020** at **11:00 a.m**. E.T., a hearing (the "Hearing") will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the Southern District of New York, or as soon thereafter as counsel can be heard, to consider the Motion. The hearing will be conducted telephonically, and parties can arrange their appearances via Court Solutions at www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, shall be in writing, shall conform to the Bankruptcy Rules and the Local Bankruptcy Rules, shall be filed with the Bankruptcy Court: (1) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov); and (2) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Judge Garrity's Chambers), in accordance with the customary practices of this Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served upon: (i) Diamond McCarthy LLP, 295 Madison Avenue, New York, New York 10017, Attn: Charles M. Rubio (crubio@diamondmccarthy.com); and (ii) any parties requesting notice in the above-captioned adversary proceeding, so as to be received no later than **June 4, 2020.**

[Remainder of Page Intentionally Left Blank]

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned or continued from time to time without further notice other than by announcement thereof in open court.

Dated: May 18, 2020
      New York, New York

**DIAMOND MCCARTHY LLP**

*/s/Charles M. Rubio*
Charles M. Rubio
Sheryl P. Giugliano
295 Madison Avenue, 27th Floor
New York, New York 10017
(212) 430-5400

*Counsel to Strategic Funding Source, Inc. d/b/a Kapitus*