**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Strategic Funding Source, Inc. v. Sterling et al | CASE NO.: 19−01111−scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

## NOTICE OF ADJOURNMENT OF HEARING

Please take notice that the pretrial conference scheduled for August 27, 2020 has been adjourned to September 21, 2020 at
11:00 a.m.
This will be a telephonic hearing and participants may register to appear at www.court−solutions.com.

Thank you

Dated: August 25, 2020     Vito Genna
                          Clerk of the Court