PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
50 Main Street, Suite 1000
White Plains, NY 10606
Phone: (212) 763-3331
crubio@parkinslee.com

*Counsel to Strategic Funding Source Inc. d/b/a Kapitus, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>IN SOOK STERLING<br><br>    Debtor. | Chapter 7<br><br>Case No. 19-10132-scc |
| STRATEGIC FUNDING SOURCE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>IN SOOK STERLING, MTK 38 INC., JAY ENTERTAINMENT CORP., 9 EAST 38TH STREET REALTY LLC and JOHN DOE<br><br>    Defendants. | Adversary Pro. No. 19-01111-scc |

## CERTIFICATE OF SERVICE

I certify that on November 1, 2021, I cause to be served copies of the *Notice of Presentment of Joint Motion for Entry of Order Approving Settlement and Dismissing Adversary Proceeding No. 19-01111* [ECF No. 75], which included a copy of the *Joint Motion for Entry of Order Approving Settlement and Dismissing Adversary Proceeding No. 19-01111* [ECF No. 74] attached thereto, on the persons set forth on the attached service list by Unites States First Class Mail, postage prepaid.

Dated: November 1, 2021.
New York, New York

/s/ Charles M. Rubio
Charles M. Rubio
Parkins Lee & Rubio LLP
50 Main Street, Suite 1000
White Plains, NY 10606
Phone: (212) 763-3331
crubio@parkinslee.com

*Counsel to Strategic Funding Source Inc. d/b/a Kapitus, Inc.*