```
Label Matrix for local noticing            Manhattan Division                        71 CLINTON ST LLC
0208-1                                     One Bowling Green                         767 FIFTH AVENUEM 12TH FLOOR
Case 19-10132-lgb                          New York, NY 10004-1415                   NEW YORK, NY 10153
Southern District of New York
Manhattan
Fri Oct 29 16:41:36 EDT 2021

71 CLINTON ST LLC S.H.A JOSEPH FARCA       71 CLINTON ST. LLC                        AMERICAN EXPRESS BANK
C/O CYRIL K. BEDFORD, ESQ.                 C/O JUDD R. SPRAY, ESQ.                   4315 SOUTH 2700 WEST
BEDFORD SOUMAS LLP                         450 SEVENTH AVENUE, 33RD FLOOR            SALT LAKE CITY, UT 84184-0001
11 PARK PLACE, STE. 814                    NEW YORK, NY 10123-3300
NEW YORK, NY 10007-2838

AMERICAN EXPRESS BANK FSB                  ANDY H. KIM                               ARCTIC GLACIER USA, INC.
4315 SOUTH 2700 WEST                       100 JAY STREET #9B                        c/o Robert N. Cohen, Esq.
SALT LAKE CITY, UT 84134-0001              BROOKLYN, NY 11201-1564                   Weinstein Kaplan & Cohen PC
                                                                                     1325 Franklin Avenue, Suite 210
                                                                                     Garden City, NY 11530-1631

ASCAP                                      BANK OF HOPE                              BIZCHAIR.COM/BELNICK INC.
21678 NETWORK PLACE                        EASTERN REGION                            4350 BALL GROUND HWY
CHICAGO, IL 60673-1216                     16 W 32ND STREET                          CANTON, GA 30114-7362
                                           NEW YORK, NY 10001-3814

(p)JPMORGAN CHASE BANK  N A                CITI SIMPLICITY VISA                      CITIBANK NA
BANKRUPTCY MAIL INTAKE TEAM                PO BOX 6500                               PO BOX 790110
700 KANSAS LANE FLOOR 01                   SIOUX FALLS, SD 57117-6500                SAINT LOUIS, MO 63179-0110
MONROE LA 71203-4774

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC   CORPORATION SERVICE COMPANY           CSC
BANKRUPTCY GROUP                           PO BOX 2576                               901 ADLAL STEVENSON DR.
4 IRVING PLACE 14TH FLOOR                  UCCSPREP@CSCINFO.COM                      SPRINGFIELD, IL 62703
NEW YORK, NY 10003-3502                    SPRINGFIELD, IL 62708-2576

CT LIEN SOLUTIONS                          (p)DISCOVER FINANCIAL SERVICES LLC        EDUARDO VARGAS
PO BOX 29071                               PO BOX 3025                               101 VERMON AVE.
GLENDALE, CA 91209-9071                    NEW ALBANY OH 43054-3025                  BROOKLYN, NY 11206-7599

EQUIFAX INFORMATION SERV.                  EXPERIAN                                  GRAPHITE PAYMENTS
PO BOX 740256                              PO BOX 4500                               400 RENAISSANCE CENTER DR. STE. 2600
ATLANTA, GA 30374-0256                     ALLEN, TX 75013-1311                      DETROIT, MI 48243-1502

HAM BYUNG KIL                              HARBORTOUCH CORPORATE HEADQUARTERS        (p)INTERNAL REVENUE SERVICE
14422 34TH AVE.                            2202 NORTH IRVING STREET                  CENTRALIZED INSOLVENCY OPERATIONS
FLUSHING, NY 11354-3165                    ALLENTOWN, PA 18109-9554                  PO BOX 7346
                                                                                     PHILADELPHIA PA 19101-7346

JAF STATION                                JETBLUE CARD                              JFC INTERNATIONAL INC.
PO BOX 1702                                BUSINESS CARD SERVICES                    55 WILDCAT WAY
NEW YORK, NY 10116-1702                    PO BOX 84043                              LINDEN, NJ 07036-5800
                                           COLUMBUS, GA 31908-4043
```

| | | |
|---|---|---|
| JUNGHEE BENITEZ<br>80-01 35TH AVE., APT 6C<br>FLUSHING, NY 11372-4902 | KYUNG SIK PYON<br>KODAMA SUSHI<br>301 WEST 45TH STREET<br>NEW YORK, NY 10036-3822 | MANSU KIM<br>43 E. RUDY AVE, 2FLR.<br>PALISADES PARK, NJ 07650-1432 |
| (c)MASAO KURISU, CPA<br>70 S MAIN ST UNIT 207<br>FREEPORT NY 11520-3853 | MASTER FIRE SYSTEMS, INC.<br>1776 EAST TREMONT AVE.<br>BRONX, NY 10460-3133 | MERCHANT SERIVCES<br>COLLECTIONS DEPARTMENT<br>PO BOX 9599<br>KNOXVILLE, TN 37940-0599 |
| MINA YOO AKA KYONG HEE SIN<br>40B E. PALISADES BLVD.<br>PALISADES PARK, NJ 07650-6736 | NEW YORK CITY MARSHAL<br>STEPHEN W. BIEGEL<br>109 WEST 38TH STREET, SUITE 200<br>NEW YORK, NY 10018-3644 | NEW YORK MEAT, INC.<br>HUNTSPONT CO-OP MARKET<br>BLDG. A-19-355 FOOD CENTER DRIVER<br>BRONX, NY 10474 |
| NEW YORK STATE DEPARTMENT OF TAXATION<br>NYS AR LEVY RECEIVABLES<br>PO BOX 4137<br>BINGHAMTON, NY 13902-4137 | NEW YORK STATE DEPT. OF TAXATION AND FIN<br>TAX COMPLIANCE CENTRAL OFFICE<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12227-0001 | NOAH BANK<br>38 W 32ND STREET #1100<br>NEW YORK, NY 10001-3879 |
| NY STATE DEPT OF TAX AND FINAN<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | NYS DEPARTMENT OF LABOR<br>STATE OFFICE CAMPUS<br>BUILDING #12, ROOM #256<br>ALBANY, NY 12240-0001 | PAUL LAROCCA<br>224 WEST 35TH STREET, #809<br>NEW YORK, NY 10001-2535 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PRIME BUSINESS<br>C/O BRIAN SCHECHTER, ESQ.<br>2371 MCDONALD AVENUE<br>BROOKLYN, NY 11223-4738 | SAMUEL JAEHOON LEE<br>THE UNI PREP<br>1384 BROADWAY, #1004<br>NEW YORK, NY 10018-6128 |
| SOUTHERN GLAZER'S WINE AND SPIRITS OF N<br>313 UNDERHILL BLVD.<br>SYOSSET, NY 11791-3411 | STRATEGIC FUNDING SOURCE, INC.<br>2500 WO;SPM BPI;EVARD. SIOTE 350<br>ARLINGTON, VA 22201 | State of New York Department of Labor<br>Unemployment Insurance Division<br>Gov W. Averell Harriman<br>State Office Building Campus<br>Building 12, Room 256<br>Albany, NY 12240-0001 |
| TIMEPAYMENT CORP.<br>1600 DISTRICT AVE., STE. 200<br>BURLINGTON, MA 01803-5233 | TOKI NUMASAWA<br>C/O ANDREW D. GROSSMAN, ESQ.<br>RHA & KIM LLP<br>215-45 NORTHERN BLVD. SUITE 200<br>BAYSIDE, NY 11361-3499 | TRANSUNION<br>PO BOX 2000<br>CRUM LYNNE, PA 19022 |
| UNITED HEALTHCARE<br>OXFORD HEALTH PLANS<br>PO BOX 1697<br>NEWARK, NJ 07101-1697 | US FOODS INC.<br>1051 AMBOY AVENUE<br>PERTH AMBOY, NJ 08861-1919 | United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-7016 |
| VERIZON<br>PO BOX 4833<br>TRENTON, NJ 08650-4833 | WILSHIRE BANK<br>3200 WILSHIRE BLVD. 4TH FLOOR<br>LOS ANGELES, CA 90010-1311 | Wells Fargo Bank, N.A.<br>MAC F8235-02F<br>PO Box 10438<br>Des Moines, IA 50306-0438 |

| | | |
|---|---|---|
| In Sook Sterling<br>201 East 36 Street, Apt., No. 16F<br>New York, NY 10016-3668 | (p)KOPELMAN & KOPELMAN LLP<br>90 MAIN STREET SUITE 205<br>HACKENSACK NJ 07601-7129 | Yann Geron<br>Yann Geron<br>Geron Legal Advisors LLC<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017-6532 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHASE<br>PO BOX 15123<br>WILMINGTON, DE 19850-5123 | DISCOVER<br>INQUIRY<br>PO BOX 30943<br>SALT LAKE CITY, UT 84130 | IRS INSOLVENCY DEPT.<br>11601 ROOSEVELT BLVD.<br>PHILADELPHIA, PA 19154 |

Michael S. Kopelman
Kopelman & Kopelman LLP
90 Main Street, Suite 205
Hackensack, NJ 07601

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

MASAO KURISU, CPA
70 S. MAIN STREET #2G
FREEPORT, NY 11520

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ICHIBAN 71 CLINTON LLC | (u)MATTHEW SAGIEREZ<br>SAGIEREZ@GMAIL.COM | (u)MKT 38 INC. DBA JAPAS 38 |

| | | |
|---|---|---|
| (u)MTK 38 INC. DBA JAPAS 38 | End of Label Matrix<br>Mailable recipients   62<br>Bypassed recipients    4<br>Total                  66 | |